IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02990-KLM

MEGHAN F. GALLAGHER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on March 31, 2016, incorporated herein by reference, it is

ORDERED that the decision of the Commissioner that Plaintiff is not disabled is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Meghan F. Gallagher.  It is

FURTHER ORDERED that each party shall bear their own costs and attorney's fees.

DATED at Denver, Colorado this 31<u>st</u> day of March, 2016.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: s/M. Ortiz
                                         Monique Ortiz
                                         Deputy Clerk